*C. Gittings* for appellant. *Mr. Leon Tobriner* and *Mr. J. J. Darlington* for appellee.

---

No. 36. HUGH P. STRONG ET AL., PLAINTIFFS IN ERROR, *v.* BUFFALO LAND AND EXPLORATION COMPANY. In error to the Supreme Court of the State of Minnesota. Submitted October 18, 1906. Decided October 29, 1906. *Per Curiam.* Judgment affirmed with costs on the authority of *Midway Company* v. *Eaton,* 183 U. S. 602. *Mr. J. M. Vale, Mr. John Brennan, Mr. Moses E. Clapp* and *Mr. Newel H. Clapp* for plaintiff in error. *Mr. William C. White* for defendant in error.

---

Nos. 45 and 46. THE DAKOTA, WYOMING AND MISSOURI RIVER RAILROAD COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* CHARLES D. CROUCH ET AL., TRUSTEES. In error to the Supreme Court of the State of South Dakota. Argued for defendants in error and submitted for plaintiffs in error October 23, 1906. Decided October 29, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Hardee* v. *Wilson,* 146 U. S. 179; *Sipperley* v. *Smith,* 155 U. S. 86; *Mason* v. *United States,* 136 U. S. 581; *Grand Island &c. Railroad Company* v. *Sweeney,* 103 Fed. Rep. 342; *S. C.,* 95 Fed. Rep. 396; *Sweeney* v. *Grand Island &c. Railroad Company,* 61 Fed. Rep. 3; *Eustis* v. *Bolles,* 150 U. S. 361; *Speed* v. *McCarthy,* 181 U. S. 269; *Pennsylvania Railroad Company* v. *Hughes,* 191 U. S. 477; *Telluride Power &c. Company* v. *Rio Grande &c. Railway Company,* 175 U. S. 639; *Telluride Power &c. Company* v. *Rio Grande &c. Railway Company,* 187 U. S. 569; case below, 18 S. Dak. 540; 101 N. W. Rep. 722. *Mr. Wm. T. Coad* for plaintiffs in error. *Mr. Frederick C. Bryan* and *Mr. Charles W. Brown* for defendants in error.